U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

MAY 05 2020

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-cr-00332-01 |
| VERSUS | * | JUDGE HICKS |
| JOSEPH EMERY MENARD | * | MAGISTRATE JUDGE HANNA |

### STIPULATED FACTUAL BASIS FOR GUILTY PLEA

The United States of America, through the undersigned Assistant United States Attorney, and the defendant, JOSEPH EMERY MENARD, represented by his undersigned counsel, for the purposes of providing the Court with a factual basis for a guilty plea pursuant to Rule 11(b)(3) of the Federal Rules of Criminal Procedure, hereby stipulate as follows:

While executing a search warrant for MENARD'S residence on December 7, 2018, law enforcement seized a computer which was later discovered to have more than 600 images of child pornography; some of which was prepubescent. A forensic examination of the computer was done. It was determined that some of the images of child pornography were downloaded from the internet and received by MENARD on November 6, 11, and 12 of 2018. At the time he received the images, MENARD knew that the images contained child pornography.

MENARD was prosecuted in the 15th Judicial District Court for Lafayette Parish under Docket Number: 98-CR-79941. On May 15, 2000, MENARD pleaded guilty to two counts of Molestation of a Juvenile, an offense relating to abusive sexual conduct involving a minor.

The parties agree that the offense occurred within the Western District of Louisiana.

3/10/2020
Date

JOSEPH EMERY MENARD
Defendant

3/10/2020
Date

JAMES L. KLOCK, LA. BAR: 36133
Assistant Federal Public Defender

DAVID C. JOSEPH
UNITED STATES ATTORNEY

4-28-20
Date

JOHN LUKE WALKER, LA BAR: 18077
Assistant United States Attorney